United States District Court
Southern District of Indiana

Christopher G Hill

vs.

Ronald A Hornback Jr.

FILED
05/10/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

4:21-cv-0080-SEB-DML

Complaint under The civil Rights Act
42 U.S.C § 1983

## 1. Party Information

A. Plaintiff: Christopher G. Hill
   Address: 501 E Court Ave Jeffersonville IN 47130
   Inmate No: 48506
   Year of Birth: 1987

Vs.

B. Defendant: Ronald A Hornback Jr
   Official Position: Federal Bureau Investigation (FBI)
   Place of Employment: FBI Federal Bureau of Investigation
   8825 Nelson B. Klein Parkway, Indianapolis IN 46250

## II. STATEMENT OF CLAIM

1. On November 5, 2020 Ronald A Hornback JR. knowingly and in concert with agents of Jeffersonville Police Department conspired in stalking and the malicious assault of the plaintiff in violation of Title 42, United States Code, Section 1981, when he conspired with JPD and engaged in unlawful surveillance of the plaintiffs premesis in Louisville Kentucky. The defendant continued to conspire with JPD officers as he followed the Plaintiff from his premesis to Clarksvill Indiana. The plaintiff was then cut off by S.W.A.T vehicles and commanded to exit his vehicle and place his hands on his head without probable cause. After following commands the Plaintiff was shot in the back of the leg, dropping him to his knees, while on his knees with his hands placed on his head K9 "Hex" was deployed and maliciously mauled the plaintiff causing irrepairable harm to the plaintiff, in violation of the plaintiffs 8th ammendmant Rights.

2. On November 9 The defendant then wrote a criminal complaint in furtherance of violation of title 42, United States Code, Section 1981, when he filed a criminal complaint to cover up the actions of agents from Jeffersonville Police department. Thats more fully explained in paragraph 1.

~~III~~. Relief Requested

1. Plaintiff requests punitive damages against the defendant in the amount of 27.5 million dollars.

2. Plaintiff requests compensatory damages against the defendant covering all past, present, and future medical expenses associated with the irrepairable damages sustained on November 5, 2020.

3. Plaintiff requests Injunctive relief prohibiting the use of the criminal complaint filed by the defendant in any criminal investigation and/or proceeding until a thorough investigation by the department of Justice is conducted into the allegations of this action

4. Plaintiff requests ~~In~~Junctive Relief in the form of an ~~order~~ directing the department of Justice to investigate the allegations in this action.

IV  Jury Demand

Are you demanding a jury trial?

✓ yes     ___ no

Signed this 29 day of April 2021

_(signature)_

I declare that under penalty of Perjury that the forgoing is true and correct

Executed on April 29 2021

_(signature)_