UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CHRISTOPHER G. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:21-cv-00080-SEB-DML |
| | ) |
| RONALD A. HORNBACK, JR., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Ronald A. Hornback, Jr., respectfully moves the Court to dismiss Plaintiff Christopher G. Hill's Complaint for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Defendant Hornback contemporaneously files his Brief in Support of Defendant's Motion to Dismiss for Failure to State a Claim. Defendant Hornback further attaches as Exhibit A a copy of the Order Granting in Part and Denying in Part Motion to Dismiss entered in *Chappell v. Trueblood*, Cause No. 2:20-cv-00224-JRS-MG (S.D. Ind.), which Defendant Hornback cites in his brief.

WHEREFORE, Defendant Ronald A. Hornback, Jr., by counsel, respectfully requests that the Court grant his motion to dismiss, dismiss this case in its entirety, and grant all other just and proper relief.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: *s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2022, a copy of the foregoing was filed electronically. Service of this filing was made on the following ECF-registered counsel by operation of the Court's electronic filing system:

None.

I further certify that on August 26, 2022, a copy of the foregoing was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Christopher G. Hill
48506
Clark County Jail
Inmate Mail/Parcels
501 East Court Avenue
Jeffersonville, IN 47130

                                            *s/ Gina M. Shields*
                                            Gina M. Shields
                                            Assistant United States Attorney

Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204